**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jose GONZALEZ–OROZCO,**
**Defendant–Appellant.**

**No. 04–51425.**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Decided Dec. 14, 2005.

Joseph H. Gay, Jr, Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Jose Gonzalez–Orozco, Big Spring, TX, pro se.

---

Attorney, U.S. Attorney's Office, Southern District of Mississippi, for Plaintiff–Appellee.

John William Weber, III, Federal Public Defender's Office, Southern District of Mississippi, Gulfport, MS, for Defendant–Appellant.

Before KING, Chief Judge, and HIGGINBOTHAM and SMITH, Circuit Judges.

PER CURIAM: *

Court-appointed counsel for Jose Gonzalez–Orozco has moved for leave to withdraw and filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Although Gonzalez–Orozco was informed of his right to respond, he has declined to do so. Our independent review of the brief and the record discloses no nonfrivolous issues for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

Before KING, Chief Judge, and HIGGINBOTHAM and SMITH, Circuit Judges.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

